Form B18_7 (Official Form 18 / COB Form 177)(12/07)

# United States Bankruptcy Court

District of Colorado
Case No. **09–17649–MER**
Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Lee Golba | Annelle Y. Golba |
| aka(s), if any will be listed on the last page. | aka(s), if any will be listed on the last page. |
| 8513 S. County Rd. 13 | 8513 S. County Rd. 13 |
| Ft. Collins, CO 80525 | Ft. Collins, CO 80525 |

Social Security No.:
 xxx–xx–7430                                      xxx–xx–3674

Employer's Tax I.D. No.:
 84–1540787                                       20–5604040

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                       BY THE COURT

Dated: 9/16/09                                         s/ Michael E. Romero
                                                       United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

## Aliases Page

**Debtor aka(s):**

mem Golba Real Estate Group LLP, mem C&G Holdings LLP, mem Avalon HOmes of the West LLC, mem Avalon Homes LLC

**Joint Debtor aka(s):**

mem C&G Holdings LLP, mem Golba Real Estate Group LLP

# CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: odenbachd              Page 1 of 2                   Date Rcvd: Sep 16, 2009
Case: 09-17649                 Form ID: 177                 Total Noticed: 68


The following entities were noticed by first class mail on Sep 18, 2009.
db/db        +Robert Lee Golba,   Annelle Y. Golba,   8513 S. County Rd. 13,   Ft. Collins, CO 80525-9307
aty          +John J. Barry,   822 7th St.,   Ste. 760,   Greeley, CO 80631-3943
tr           +Charles Schlosser,   1888 Sherman St.,   Ste. 650,   Denver, CO 80203-1144
10853093     +Active Website LLC,   575 Union Blvd #310,   Lakewood, CO 80228-1242
10853094     +All Terrain Landscaping,   6200 W. 9th St. Ste 4B,   Greeley, CO 80634-4462
10853095     +Alpine Lumber,   1120 W. 122nd Ave. #310,   Westminster, CO 80234-2716
10853097     +Aronowitz & Ford,   1199 Bannock St.,   Denver, CO 80204-2102
10853098     +Aurora Loan Services,   10350 Park Meadows Dr.,   Littleton, CO 80124-6800
10853100      Bank of America,   PO Box 15026,   Wilmington, DE  19886-5726
10853099      Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
10853101      Big Thompson Medical Group,   PO Box 2018,   Loveland, CO  80539-2018
10853102     +Bill Edwards,   506 Shohone Blvd,   Cheyenne, WY 82009-4229
10853103     +Borunda Concrete, LLC,   c/o Howard and Francis LLP,   227 S. Howes Street,   PO Box 2132,
               Ft. Collins, CO 80522-2132
10853104     +Capital Management Services LP,   726 Exchange St.,   Ste 700,   Buffalo, NY 14210-1464
10853105     +Castle, Meinhold & Stawiarski,   998 18th St. Ste 2201,   Denver, CO 80218
10853107     +Colleen Culligan, Schluter, Mahoney,   999 18th St #2200,   Denver, CO 80202-2401
10853108     +Collins Cashway,   PO Box 805,   Laramie, WY 82073-0805
10853110      Countrywide,   PO Box 10229,   Vannuys, CA  91410-0229
10853109     +Countrywide,   PO Box 650070,   Dallas, TX 75265-0070
10853111      Countrywide Home Loans,   PO Box 650225,   Dallas, TX  75265-0225
10853113      EMC Mortgage,   PO Box 293150,   Lewisville, TX  75029-3150
10853114     +EMME Enterprises,   8488 Mariposa St.,   Federal Heights, CO 80260-4763
10853115     +Fossil Creek Drywall,   528 W. 67th St.,   Loveland, CO 80538-1184
10853116     +French Concrete,   PO Box 193,   Masonville, CO 80541-0193
10853117     +Front Range Interiors,   3060 W 29th St.,   Greeley, CO 80631-8569
11043613     +Front Range Raynor Door Co. Inc.,   3847 S. Mason,   Fort Collins, CO 80525-3050
10853121     +Green Lawn Care,   1405 Sunny HIll Dr.,   Cheyenne, WY 82001-6881
11043614     +Herrera Construction,   5231 W. 16th St.,   Greeley, CO 80634-3013
10853122      IC System Inc.,   444 Hwy 96 East,   PO Box 64887,   St. Paul, MN  55164-0887
10999409     +Kami Kormen,   6785 Stone Trail,   Cheyenne, Wyoming 82009-1845
10853125     +Kelvin & Holly Knaub,   c/o March, Olive & Pharris LLC,   110 E. Oak St. Ste 200,
               Ft. Collins, CO 80524-7127
10853126     +Kwall Howles Paint,   Department 237,   Denver, CO 80291-0001
10853127     +Lanham Concrete,   101 S. Ave C,   Cheyenne, WY 82007-2475
10853128      Loveland Youth Clinic,   2021 Boise Avenue,   Loveland, CO  80538-5037
10853130     +Montgomery, Kolodny,   1775 Sherman St.,   Denver, CO 80203-1100
10853131     +Morandin Concrete, Inc.,   c/o Romsa & Kuker,   2123 Pioneer Ave.,   Cheyenne, WY 82001-3600
10853132     +Orthopedic Center of the Rockies,   2500 E. Prospect Rd.,   Ft. Collins, CO 80525-9718
10853133     +Osborne Concrete,   PO Box 805,   Laramie, WY 82073-0805
10853134     +Professional Finance Co.,   5754 West 11th St. Ste 101,   Greeley, CO 80634-4811
10853135     +Prosper Marketplace,   c/o Amsher Collection Services,   600 Beacon Pkwy W. Ste 300,
               Birmingham, AL 35209-3114
10853136     +Robert Venable,   1813 88th Ave. Ct.,   Greeley, CO 80634-4692
10853138     +Shawn Beard,   1340 N. Cleveland,   Loveland, CO 80537-4727
10853139     +Sudahl, Powers, Kopp & Martin,   1725 Carey Ave.,   Cheyenne, WY 82001-4419
10853140     +Tharp Custom Cabinets,   1246 N. Denver Ave.,   Loveland, CO 80537-5100
11043616     +Thomas Agency,   561 Forest Ave.,   Portland, ME 04101-1504
10853141     +Todd Campbell,   1920 79th Ave.,   Greeley, CO 80634-8641
11043615     +Traders Publishing,   2021 Warren Ave.,   Cheyenne, WY 82001-3725
11043617      Tyrone Harris,   c/o Riske Salisbury & Kelly PC,   1720 Carey Ave. Ste 500,   PO Box 1617,
               Cheyenne, WY  82003-1617
10853144     +US Atorney General,   Dept. of Justice, Tax Division,   PO Box 683,   Ben Franklin Station,
               Washington, DC 20044-0683
10853143     +US Attorney,   C/O IRS District Counsel,   1244 Speer Blvd. #500,   Denver, CO 80204-3583
10853142      United Building Centers,   200 S. 15th St.,   Laramie, WY  82070
10853147      Wells Fargo,   PO Box 30086,   Los Angeles, CA  90030-0086
10853148      Wells Fargo Auto Finance,   PO Box 60217,   Dallas, TX  75266-0217
10853149     +Wells Fargo Home Mortgage,   Macx 7801-03K,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
10853150     +Witwer, Oldenburg, Barry & Johnson LLP,   822 7th St. Ste 760,   Greeley, CO 80631-3943
10853151      Wy-CO/Plumb-Manier,   12905 Cherokee Park,   Livermore, CO  80536

The following entities were noticed by electronic transmission on Sep 16, 2009.
tr           +EDI: QCWSCHLOSSER.COM Sep 16 2009 19:33:00      Charles Schlosser,   1888 Sherman St.,   Ste. 650,
               Denver, CO 80203-1144
10853092     +EDI: RMSC.COM Sep 16 2009 19:33:00      84 Lumber,   1019 Rte 519,   Eighty Four, PA 15330-2813
10853096      EDI: AMEREXPR.COM Sep 16 2009 19:33:00      Amercian Express,   PO Box 650448,
               Dallas, TX  75265-0448
10934684      EDI: BECKLEE.COM Sep 16 2009 19:33:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10853100      EDI: BANKAMER2.COM Sep 16 2009 19:33:00      Bank of America,   PO Box 15026,
               Wilmington, DE  19886-5726
10853099      EDI: BANKAMER2.COM Sep 16 2009 19:33:00      Bank of America,   PO Box 15726,
               Wilmington, DE 19886-5726
10853106      EDI: CHASE.COM Sep 16 2009 19:33:00      Chase,   PO Box 94014,   Palaine, IL  60094-4014
10853112      EDI: DISCOVER.COM Sep 16 2009 19:34:00      Discover,   PO Box 6103,
               Carol Stream, IL  60197-6103
10853119      EDI: RMSC.COM Sep 16 2009 19:33:00      GE Money Bank,   PO Box 960061,   Orlando, FL  32896-0061
10853124      EDI: IRS.COM Sep 16 2009 19:33:00      Internal Revenue Service,   600 17th St. MS 5027DEN,
               Denver, CO  80202-2490
10853123      EDI: IRS.COM Sep 16 2009 19:33:00      Internal Revenue Service,   Ogden, UT  84201-0030
10853129      EDI: TSYS2.COM Sep 16 2009 19:33:00      Macy's,   PO Box 689195,   Des Moines, IA  50368-9195
```

```
District/off: 1082-1          User: odenbachd           Page 2 of 2              Date Rcvd: Sep 16, 2009
Case: 09-17649                Form ID: 177              Total Noticed: 68

The following entities were noticed by electronic transmission (continued)
10853137      E-mail/Text: bankruptcy@rsiwy.com                          Rocky Mountain Recovery,
              c/o Wilkerson & Bremer PC,    210 N. Bent Street,    Powell, WY  82435-2336
10853146      EDI: CHASE.COM Sep 16 2009 19:33:00      Washington Mutual,   PO Box 78065,
              Phoenix, AZ  85062-8065
10853145      EDI: CHASE.COM Sep 16 2009 19:33:00      Washington Mutual,   PO Box 78148,
              Phoenix, AZ  85062-8148
10853147      EDI: WFFC.COM Sep 16 2009 19:34:00       Wells Fargo,   PO Box 30086,   Los Angeles, CA  90030-0086
10853149     +EDI: WFFC.COM Sep 16 2009 19:34:00       Wells Fargo Home Mortgage,    Macx 7801-03K,
              3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                                 TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             EMC Mortgage Corporation
cr             Front Range Interiors, LLC
cr             Holly Knaub
cr             Kelvin Knaub
intp           Montgomery, Kolodny, Amatuzio & Dusbabek, LLP
cr             US Bank National Association as Trustee
cr             Wells Fargo Financial Colorado, Inc.
10853118*     +Front Range Interiors,   3060 W. 29th St.,   Greeley, CO 80631-8569
10853120*      GE Money Bank,   PO Box 960061,   Orlando, FL 32896-0061
                                                                                                 TOTALS: 7, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2009**                              **Signature:**     _Joseph Speetjens_